# United States Bankruptcy Court
## Eastern District of Michigan

In re **Antonio Gaddis**　　　　　　　　　　　　　　　　Case No. **17-43149**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter **13**

## PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **Unlimited Capital Holdings**
("Payor"), at **5535 Normanhurst, West Bloomfield, MI 48322**

immediately forward and make payable to: **David Wm. Ruskin**
**Chapter 13 Trustee**
**1593 Reliable Parkway**
**Chicago, Illinois 60686-0015**

**$478.98** per ** **Monthly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

.

**Signed on March 22, 2017**

　　　　　　　　　　　　　　　　　　/s/ Marci B. McIvor
　　　　　　　　　　　　　　　　　　Marci B. McIvor
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge