UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
Antonio Gaddis

CASE NO: BKS-17-43149-MBM
CHAPTER 13
JUDGE MARCI B. MCIVOR

Debtor

CERTIFICATE OF SERVICE

I certify that on the date indicated below a copy of a Payment Order was served, by depositing a copy in the U.S. Mail, postage prepaid properly addressed as follows:

Unlimited Capital Holdings
Attn Payroll
5535 Normanhurst
West Bloomfield, Mi 48322

I further certify that on the date indicated below, I caused the Payment Order to be filed with the Clerk of the Court using the ECF system . The following parties were served electronically:

Law Office Of Mark P Mcloughlin
211 West Fort Street Suite 1616
Detroit MI 48226

Dated: March 24, 2017

Office of the Chapter 13 Standing Trustee
/s/ ANGELA TYNER
ANGELA TYNER
For Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Rd Ste 1100
Southfield MI 48076
Telephone: (248) 352-7755