# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RE: ANTONIO GADDIS    CHAPTER 13
    CASE NO. 17-43149
    JUDGE MCIVOR

## PROOF OF SERVICE

Documents Served:    FIRST AMENDED CHAPTER 13 PLAN AND WORKSHEET

Date Served:    4/25/2017

Parties Served:    ALL PARTIES ON THE MAILING MATRIX

I swear that the described document was served by regular first class mail on the described parties on the stated date.

/S/ *KANDI A. KUDLA*
211 W. FORT STREET, STE. 1616
DETROIT, MI 48226
(313) 962-9798
MCLOUGHLIN.LAW@GMAIL.COM
P29266